**FILED**

08/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0133

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0133

_____

IN THE MATTER OF THE ESTATE OF:

WALTER M. GREY,                                          O R D E R

    Deceased.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Zane Grey, to all counsel of record, and to the Honorable Heidi J. Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2024